JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THOMAS R. MOORE,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES P. WALKER, Warden,<br><br>    Respondent. | Case No.  CV 10-5640-GAF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: March 7, 2011

_____
Gary A. Feess
United States District Judge

